MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VALERIE WILLIAMS,

                              Plaintiff,

- against -

LONG BEACH MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LONG BEACH MORTGAGE TRUST, 2006-2, J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, STEVEN J. BAUM, P.C., DAWN HANZLIK-HEXEMER, WEINREB LAW GROUP, F/K/A PITNICK AND C. LANCE MARGOLIN, LLP, ISLAND ADVANTAGE REALTY C/O, CANDACE HASSAL, ISLAND ADVANTAGE REALTY, ALDRIDGE PITE, LLP, JACLYN A. WEBER-CANTRELL, ESQ., JOHN "DOES" AND JANE "DOES" 1 THROUGH 100, ET AL.,

                              Defendant(s).
------------------------------------------------------------X

Docket No. 19-cv-00970-MSR (NSR)(PED)

**NOTICE OF MOTION TO DISMISS**

*[Handwritten endorsement:]* Defendants' motion to dismiss is denied without prejudice to refiling on the reply date, Jan. 21, 2020. Clerk of the Court directed to mail a copy of this endorsement to Plaintiff, show proof of service on the docket and terminate the motion (doc. 33).

SO ORDERED:
Dated: Dec. 4, 2019

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

PLEASE TAKE NOTICE that, upon the notice of motion, the declaration of Jaclyn A. Weber-Cantrell, Esq. dated September 23, 2019 and memorandum of law, and all previous proceedings, the defendants Aldridge Pite, LLP and Jaclyn A. Weber-Cantrell, Esq. will move this Court before Honorable Nelson Stephen Roman, U.S.D.J., at the courthouse The Hon. Charles L. Brieant Jr. Federal Building and United State Courthouse, 300 Quarropas Street White Plains, NY 10601-4150, in accordance with the scheduling order dated September 13, 2019, for an order dismissing this action as against Aldridge Pite, LLP and Jaclyn A. Weber-Cantrell, Esq. pursuant to FRCP 12(b)(6); FRCP 9(b) for failure to state a claim and because this action is barred by the statute of limitations, and granting such other and further relief as the Court deems just and proper.

Dated: September 23, 2019
      Melville, New York

                                        Aldridge Pite, LLP

                                        By: _____
                                        Jaclyn A. Weber-Cantrell, Esq.
                                        Attorney for Defendants Aldridge
                                        Pite, LLP and Jaclyn A. Weber-
                                        Cantrell, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2019

1

40 Marcus Drive, Suite 200
Melville, New York 11747
631-454-8059
jweber-cantrell@aldridgepite.com

To:
Valerie Williams (Via ECF and Federal Express)
*Plaintiff, pro se*
426 North High Street
Mount Vernon, NY 10552

Counsel for All Appearing Parties (via ECF)