UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VALERIE WILLIAMS,

                            Plaintiff,

-against-                                          19 **CIVIL** 970 (NSR)

## JUDGMENT

LONG BEACH MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Long Beach Mortgage Trust 2006-2, JP MORTGAGE CHASE BANK, NATIONAL ASSOCIATION, STEVEN J. BAUM, P.C., DAWN HANZLIK-HEXEMER, MARGOLIN & WEINREB LAW GROUP, C. LANCE MARGOLIN, ISLAND ADVANTAGE REALTY, ALDRIDGE PITE, LLP, JACLYN A. WEBER-CANTRELL ESQ., JOHN "DOES" AND JANE "ROES" 1 through 100,

                            Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 14, 2020, Defendants' motions to dismiss are GRANTED in their entirety; accordingly, this case is closed.

**Dated:**  New York, New York

         August 14, 2020

                                                      **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                          **BY:**

                                                      **Deputy Clerk**

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/14/2020*